United States Bankruptcy Court

District of Colorado

In re:                                                                                                Case No. 25-16477-TBM

Nester Pino                                                                                      Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: 218 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

**Recip ID                    Recipient Name and Address**
db                                   +  Nester Pino, 14370 Erin Ct, Broomfield, CO 80023-9579

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harvey Sender | HSender@Sendersmiley.com  Hsender@sendersmiley.com;ecf.alert+sender@titlexi.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 2

(COB #218 voNORStmtPFM)(12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado
HONORABLE Thomas B. McNamara

In re:

      Nester Pino

Debtor(s)

|  |  |  |
|---|---|---|
| Case No.: | 25-16477-TBM |
| Chapter: | 7 |

SSN/TID
Nos.    xxx-xx-4434

## NOTICE OF REQUIREMENT TO FILE A
## CERTIFICATE OF COMPLETION OF COURSE IN
## PERSONAL FINANCIAL MANAGEMENT

    Notice is hereby given that, subject to extremely limited exceptions, *each* debtor must complete an instructional course in personal financial management and file the certificate, *as evidence of course completion before a discharge can enter* under chapter 7 (11 U.S.C. §727) . This course is *different from* and *in addition to* the credit counseling course that the debtor(s) must complete prior to filing for bankruptcy relief. A list of approved course providers is available on the U.S. Department of Justice's website at www.justice.gov/ust/credit-counseling-debtor-education-information.

    Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) should have filed the personal financial management course certificate within 60 days after the first date set for the meeting of creditors under Section 341. Debtor(s) will now be allowed additional time, until **2/13/26**, to file the personal financial management certificate. In the event the certificate is not filed on or before **2/13/26**, the case will be closed *without an entry of discharge*.

    If the case is closed for failure to file the personal financial management course certificate, *the case cannot be reopened without full payment of the reopening fee*. If the debtor(s) want a discharge, they must first ask the Court to reopen the case by filing a Motion to Reopen accompanied by the payment of the *$260* filing fee. After the case is reopened, the debtor(s) must file the personal financial management course certificate to receive a discharge. If the debtor(s) fail(s) to file the certificate within 30 days after the case is reopened, the case will again be closed without the entry of a discharge.

Dated:  12/30/25

FOR THE COURT:
KENNETH S. GARDNER, Clerk

United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202-2508